UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Roger Frye LARGO,

Petitioner,

v.

Alejandro MAYORKAS, et al.,

Respondents.

Case No.:  26-cv-2368-AGS-DDL

**ORDER GRANTING HABEAS PETITION (ECF 1) AND ORDERING BOND HEARING**

Petitioner Roger Frye Largo seeks a writ of habeas corpus under 28 U.S.C. § 2241 challenging his immigration detention. Respondents "concede[] that this Court should order that Petitioner receive a bond hearing, where the government would bear the burden of proof of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight."  (ECF 5, at 2.) The Court thus **GRANTS** the petition and orders that petitioner receive such a bond hearing by May 8, 2026. All pending deadlines and hearings are vacated. The Clerk's Office is directed to issue a judgment and close this case.

Dated:  April 24, 2026

Hon. Andrew G. Schopler
United States District Judge